UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **MARK A. BAILEY** | **CIVIL ACTION NO. 16-1422** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **GRAPHIC PACKAGING INTERNATIONAL, INC.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

Upon consideration,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss [Doc. No. 33] is GRANTED, and this matter is DISMISSED WITH PREJUDICE, each party to bear its own costs.

MONROE, LOUISIANA, this 2nd day of July, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE